# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Edith Brown,

Plaintiff(s),

v.

The City of Chicago, et al.,

Defendant(s).

Case No. 16 C 4229
Judge Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) City of Chicago, Officer Brian Murphy, Officer Jennifer Uzubell, and Sgt. Brian Kane
and against plaintiff(s) Plaintiff Edith Brown.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Gary Feinerman presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 5/18/2018

Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk